# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2630
_____

ENRIQUE PAJARO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

January 14, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Enrique Pajaro, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.